UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
**HERCULES PHARMACEUTICALS, INC.**          24-Cv-5659 (JS)

           **Plaintiff,**          **NOTICE OF APPEAL**

-against-

**BRANT CHERNE,**
           **Defendant**

-------------------------------------------------------X

      Notice is hereby respectfully given that Brant Cherne, the Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from: (i) the Ruling on Motion for Preliminary Injunction ("Judge Seybert") dated September 18, 2024 in its entirety; and (ii) the September 23, 2024 Preliminary Injunction Order.

Dated: Lake Success, New York
       September 24, 2024

                                     **MILMAN LABUDA LAW GROUP PLLC**

                                     /s/
                                 Robert F. Milman, Esq.
                                 Jamie S. Felsen, Esq.
                                 Michael J. Mauro, Esq.
                                 3000 Marcus Ave., Suite 3W8
                                 Lake Success, NY 11042
                                 (516) 328-8899

                                 *Attorneys for Defendant*

**VIA ECF**
Tarter Krinsky & Drogin LLP
Richard C. Schoenstein, Esq.
1350 Broadway, 11th Floor
New York, NY 10018
rschoenstein@tarterkrinsky.com

*Attorneys for Plaintiff*

APPEAL,ACO,DJI

# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:24–cv–05659–JS–AYS

| | |
|---|---|
| Hercules Pharmaceuticals, Inc. v. Cherne<br>Assigned to: Judge Joanna Seybert<br>Referred to: Magistrate Judge Anne Y. Shields<br>Cause: 18:1836(b) – Civil Action to Protect Trade Secrets | Date Filed: 08/14/2024<br>Jury Demand: Plaintiff<br>Nature of Suit: 880 Defend Trade Secrets Act (of 2016)<br>Jurisdiction: Federal Question |

**Plaintiff**

**Hercules Pharmaceuticals, Inc.**     represented by     **Brittany Kate Lazzaro**
Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
212–216–8000
Email: blazzaro@tarterkrinsky.com
*ATTORNEY TO BE NOTICED*

**Laurent Scott Drogin**
Tarter Krinsky & Drogin LLP
1350 Broadway 11th Floor
New York, NY 10018
212–216–8000
Email: ldrogin@tarterkrinsky.com
*ATTORNEY TO BE NOTICED*

**Richard Carl Schoenstein**
Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
212–216–8000
Fax: 212–216–8001
Email: rschoenstein@tarterkrinsky.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Brant Cherne**     represented by     **Robert F. Milman**
Milman Labdua Law Group
3000 Marcus Ave
Suite 3w8
New Hyde Park, NY 11042
516–328–8899
Fax: 516–328–0082
Email: robertmilman@mllaborlaw.com
*LEAD ATTORNEY*

**Jamie Scott Felsen**
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3w8
Lake Success, NY 11042
516–328–8899
Fax: 516–328–0082
Email: jamiefelsen@mmmlaborlaw.com
*ATTORNEY TO BE NOTICED*

**Michael James Mauro**
70 Vineyard Lane

Stamford, CT 06902
516–659–9488
Fax: 914–992–8430
Email: michael@mllaborlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2024 | 1 | COMPLAINT against Brant Cherne filing fee $ 405, receipt number ANYEDC–18174518 Was the Disclosure Statement on Civil Cover Sheet completed –YES,, filed by Hercules Pharmaceuticals, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Schoenstein, Richard) (Entered: 08/14/2024) |
| 08/14/2024 | 2 | NOTICE of Appearance by Laurent Scott Drogin on behalf of Hercules Pharmaceuticals, Inc. (aty to be noticed) (Drogin, Laurent) (Entered: 08/14/2024) |
| 08/14/2024 | 3 | NOTICE of Appearance by Brittany Lazzaro on behalf of Hercules Pharmaceuticals, Inc. (aty to be noticed) (Lazzaro, Brittany) (Entered: 08/14/2024) |
| 08/14/2024 | 4 | Emergency MOTION for Order to Show Cause *for Temporary Restraining Order and Preliminary Injunction* by Hercules Pharmaceuticals, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Sara M. Amani, # 3 Exhibit 1 – August 9, 2024 Letter, # 4 Exhibit 2 – Employee Confidentiality and Non–Compete Agreement, # 5 Exhibit 3 – Text Message, # 6 Exhibit 4 – August 2, 2024 Letter, # 7 Exhibit 5 – August 9, 2024 Email, # 8 Declaration of Ian Corn, # 9 Declaration of Laurent S. Drogin) (Schoenstein, Richard) (Entered: 08/14/2024) |
| 08/14/2024 | | This attorney case opening filing has been checked for quality control. (LJ) (Entered: 08/14/2024) |
| 08/14/2024 | | Case Assigned to Judge Joanna Seybert and Magistrate Judge Anne Y. Shields. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (LJ) (Entered: 08/14/2024) |
| 08/14/2024 | 5 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf (LJ) (Entered: 08/14/2024) |
| 08/14/2024 | 6 | Summons Issued as to Brant Cherne. (LJ) (Entered: 08/14/2024) |
| 08/14/2024 | 7 | MOTION for Extension of Time to File Response/Reply as to 4 Emergency MOTION for Order to Show Cause *for Temporary Restraining Order and Preliminary Injunction* by Brant Cherne. (Mauro, Michael) (Entered: 08/14/2024) |
| 08/14/2024 | 8 | ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION: ORDERED, that Defendant Brant Cherne ("Defendant" or "Brant") and all other interested persons, show cause before this Court, at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, on Friday, August 16, 2024, at 11:00 a.m., or as soon thereafter as counsel may be heard, why an order should not be made and entered pursuant to Rule 65 of the Federal Rules of Civil Procedure: SEE ORDER FOR FURTHER DETAILS. So Ordered by Judge Joanna Seybert on 8/14/2024. (GO) (Entered: 08/14/2024) |
| 08/14/2024 | 9 | NOTICE of Appearance by Robert F. Milman on behalf of Brant Cherne (notification declined or already on case) (Milman, Robert) (Entered: 08/14/2024) |

| | | |
|---|---|---|
| 08/14/2024 | | ORDER finding as moot 7 Motion for Extension of Time to File Response: Defendant is referred to the Court's Order to Show Cause. (See ECF No. 8.) Further, the parties may present oral argument during the scheduled August 16, 2024 evidentiary hearing on Plaintiff's Rule 65 Motion (see ECF No. 4). Ordered by Judge Joanna Seybert on 8/14/2024. c/ECF (PAK) (Entered: 08/14/2024) |
| 08/15/2024 | 10 | CERTIFICATE OF SERVICE by Hercules Pharmaceuticals, Inc. re 8 Order to Show Cause,, *and Supporting Documents* (Lazzaro, Brittany) (Entered: 08/15/2024) |
| 08/15/2024 | 11 | MEMORANDUM in Opposition filed by Brant Cherne. (Mauro, Michael) (Entered: 08/15/2024) |
| 08/15/2024 | 12 | Witness List by Brant Cherne (Mauro, Michael) (Entered: 08/15/2024) |
| 08/15/2024 | 13 | Witness List by Hercules Pharmaceuticals, Inc. (Schoenstein, Richard) (Entered: 08/15/2024) |
| 08/15/2024 | 14 | NOTICE of Appearance by Jamie Scott Felsen on behalf of Brant Cherne (aty to be noticed) (Felsen, Jamie) (Entered: 08/15/2024) |
| 08/16/2024 | 16 | ORDER granting 4 MOTION for Temporary Restraining Order filed by Hercules Pharmaceuticals, Inc. Decision reserved re: Motion for Preliminary Injunction. Ordered by Judge Joanna Seybert on 8/16/2024. (ELR) (Entered: 08/16/2024) |
| 08/21/2024 | 17 | Undertaking on Temporary Restraining Order BOND in the amount of $ $400,000.00 posted by Hercules Pharmaceuticals, Inc. (Schoenstein, Richard) (Entered: 08/21/2024) |
| 08/21/2024 | 18 | MOTION for Protective Order – *Stipulation and Proposed Protective Order* by Hercules Pharmaceuticals, Inc.. (Schoenstein, Richard) (Entered: 08/21/2024) |
| 08/22/2024 | | ORDER granting 18 Motion for Protective Order. The parties' Stipulation and Proposed Protective Order is hereby SO ORDERED. So Ordered by Magistrate Judge Anne Y. Shields on 8/22/2024. (DM) (Entered: 08/22/2024) |
| 08/22/2024 | 19 | STIPULATION *and [Proposed] Order Regarding Production of Electronically Stored Information* by Hercules Pharmaceuticals, Inc. (Schoenstein, Richard) (Entered: 08/22/2024) |
| 08/28/2024 | 20 | Letter *Request for Extension of TRO and Adjournment of Hearing* by Hercules Pharmaceuticals, Inc. (Schoenstein, Richard) (Entered: 08/28/2024) |
| 08/28/2024 | 21 | Letter *in opposition to Plaintiff's letter motion to extend the TRO* by Brant Cherne (Attachments: # 1 Exhibit A) (Felsen, Jamie) Modified on 9/3/2024 (JT). (Entered: 08/28/2024) |
| 08/28/2024 | | SCHEDULING ORDER: By close of business on August 30, 2024, counsel are directed to submit a joint letter regarding any remaining discovery issues. The letter shall identify the issues and set forth the parties' respective positions. Further, a discovery conference has been scheduled for September 4, 2024 at 1:00 PM in courtroom 840 of the Central Islip courthouse. So Ordered by Magistrate Judge Anne Y. Shields on 8/28/2024. (DM) (Entered: 08/28/2024) |
| 08/28/2024 | | ELECTRONIC ORDER: re 20 Letter filed by Hercules Pharmaceuticals, Inc. (hereafter, the "Letter Motion"). The Court has reviewed Plaintiff's Letter Motion seeking: (1) A fourteen−day extension of the Temporary Restraining Order entered by this Court following the August 16, 2024 Hearing; (2) Adjournment of the conference presently scheduled for August 29, 2024; and (3) a schedule for the parties to make any further submissions on the pending Motion for Preliminary Injunction. (See ECF No. 20.) The Court has also reviewed Defendant's opposition filed thereto. (See ECF No. 21.) Plaintiff's Letter Motion is GRANTED IN PART AND DENIED IN PART. Specifically, the Court finds, for the reasons previously entered into the record as part of the Court's August 16, 2024, Order (See Mem. & Order, ECF No. 16, in toto), and for the reasons articulated in Plaintiff's Letter Motion, good cause exists to extent the TRO in this case for a further fourteen days. See Consumer Fin. Protection, Bureau v. Stratfs, LLC, 24−CV−0040, 2024 WL 1193952, at *3 (W.D.N.Y. Jan. 24, 2024) ("A party can demonstrate good cause for an extension by showing that the original grounds for granting the TRO continue to exist" (quoting Costa v. Bazron, 19−CV−3185, 2020 WL 2410502, at *2 (D.D.C. May 11, 2020))). |

| | | |
|---|---|---|
| | | Additionally, the Court is adjourning the conference presently scheduled for August 29, 2024. However, the Court is referring to the Magistrate Judge the parties' discovery dispute. (See ECF No. 21 , at 4.) As to Plaintiff's final request, the parties are directed to confer, and jointly propose a suitable schedule for the parties to make further submission on the pending Motion for a Preliminary Injunction.Ordered by Judge Joanna Seybert on 8/28/2024. (LC) (Entered: 08/28/2024) |
| 08/28/2024 | | SCHEDULING ORDER: In addition to the joint letter, by close of business on August 30, 2024, counsel are directed to email the full transcript of the TRO hearing held on August 16, 2024, to Shields_Chambers@nyed.uscourts.gov. So Ordered by Magistrate Judge Anne Y. Shields on 8/28/2024. (DM) (Entered: 08/28/2024) |
| 08/30/2024 | 22 | Letter – *Joint Letter to Magistrate Judge Shields Regarding the Parties Respective Discovery Disputes* by Hercules Pharmaceuticals, Inc. (Attachments: # 1 Exhibit A – Plaintiff's Position Regarding Discovery, # 2 Exhibit B – Defendant's Position Regarding Discovery Issues) (Schoenstein, Richard) Modified on 9/3/2024 (JT). (Entered: 08/30/2024) |
| 09/03/2024 | 23 | Letter *Enclosing discovery requests* by Brant Cherne (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Felsen, Jamie) (Entered: 09/03/2024) |
| 09/03/2024 | 24 | ORDER granting in part and denying in part 21 Motion for Discovery; granting in part and denying in part 22 Motion for Discovery.Upon review of: (1) the transcript of the hearing before the District Court on the TRO; (2) the opinion of the District Court; (3) the parties' joint letter and their positions; (4) the limited nature of discovery herein (which is limited to preliminary relief and not all matters subject to arbitration), (4) time constraints, and (5) the proportionality considerations set forth in the Federal Rules of Civil Procedure, the Court enters the attached order regarding the scope of expedited discovery in this matter.In light of this Order, the conference scheduled for September 4, 2024 at 1:00 PM is CANCELLED. So Ordered by Magistrate Judge Anne Y. Shields on 9/3/2024. (DM) (Entered: 09/03/2024) |
| 09/04/2024 | 25 | Letter *Defendants' proposed briefing schedule* by Brant Cherne (Felsen, Jamie) (Entered: 09/04/2024) |
| 09/04/2024 | 26 | Letter *Plaintiff's Proposed Briefing Schedule and Response to ECF# 25* by Hercules Pharmaceuticals, Inc. (Schoenstein, Richard) (Entered: 09/04/2024) |
| 09/05/2024 | | ELECTRONIC ORDER: re 26 Plaintiff's Proposed Briefing Schedule. The Court has reviewed Plaintiff's Proposed Briefing Schedule (ECF No. 26 ), and Defendant's opposition thereto (see ECF No. 26 ). For the reasons articulated in Plaintiff's Proposed Briefing Schedule, and in the interests of expediency, the Court adopts the simultaneous briefing schedule proposed by Plaintiff. Consequently:<br><br>(1) Each party shall submit their respective papers in support of, and in opposition to, Plaintiff's pending motion for a preliminary injunction on or before September 10, 2024; and<br>(2) Replies, if any, shall be filed on or before September 12, 2024.<br><br>Ordered by Judge Joanna Seybert on 9/5/2024. (LC) (Entered: 09/05/2024) |
| 09/10/2024 | 27 | MEMORANDUM in Support re 4 Emergency MOTION for Order to Show Cause *for Temporary Restraining Order and Preliminary Injunction* filed by Hercules Pharmaceuticals, Inc.. (Attachments: # 1 Declaration of Richard C. Schoenstein, # 2 Declaration Supplemental Declaration of Sara M. Amani (Filed Under Seal), # 3 Exhibit 1 to Amani Supplemental Declaration (Filed Under Seal), # 4 Exhibit 2 to Amani Supplemental Declaration (Filed Under Seal), # 5 Exhibit 3 to Amani Supplemental Declaration (Filed Under Seal), # 6 Exhibit 4 to Amani Supplemental Declaration (Filed Under Seal), # 7 Exhibit 5 to Amani Supplemental Declaration (Filed Under Seal), # 8 Exhibit 6 to Amani Supplemental Declaration (Filed Under Seal), # 9 Exhibit 7 to Amani Supplemental Declaration (Filed Under Seal), # 10 Exhibit 8 to Amani Supplemental Declaration (Filed Under Seal), # 11 Exhibit 9 to Amani Supplemental Declaration (Filed Under Seal), # 12 Exhibit 10 to Amani Supplemental Declaration (Filed Under Seal), # 13 Exhibit 11 to Amani Supplemental Declaration (Filed Under Seal), # 14 Exhibit 12 to Amani Supplemental Declaration (Filed Under Seal), # 15 Exhibit 13 to Amani Supplemental Declaration (Filed Under Seal), # 16 Exhibit 14 to Amani Supplemental Declaration (Filed Under Seal), # 17 |

| | | |
|---|---|---|
| | | Exhibit 15 to Amani Supplemental Declaration (Filed Under Seal), # 18 Exhibit 16 to Amani Supplemental Declaration (Filed Under Seal), # 19 Exhibit 17 to Amani Supplemental Declaration (Filed Under Seal), # 20 Exhibit 18 to Amani Supplemental Declaration (Filed Under Seal)) (Schoenstein, Richard) (Entered: 09/10/2024) |
| 09/10/2024 | 28 | MEMORANDUM in Opposition re 8 Order to Show Cause,, filed by Brant Cherne. (Felsen, Jamie) (Entered: 09/10/2024) |
| 09/10/2024 | 29 | AFFIDAVIT/DECLARATION in Opposition re 4 Emergency MOTION for Order to Show Cause *for Temporary Restraining Order and Preliminary Injunction* filed by Brant Cherne. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (Felsen, Jamie) (Entered: 09/10/2024) |
| 09/10/2024 | 30 | Letter MOTION for Leave to Electronically File Document under Seal *re Supplemental Declaration of Sara M. Amani and Exhibits 1–18* by Hercules Pharmaceuticals, Inc.. (Attachments: # 1 Declaration – Supplemental Declaration of Sara M. Amani, # 2 Exhibit 1 to Amani Supplemental Declaration, # 3 Exhibit 2 to Amani Supplemental Declaration, # 4 Exhibit 3 to Amani Supplemental Declaration, # 5 Exhibit 4 to Amani Supplemental Declaration, # 6 Exhibit 5 to Amani Supplemental Declaration, # 7 Exhibit 6 to Amani Supplemental Declaration, # 8 Exhibit 7 to Amani Supplemental Declaration, # 9 Exhibit 8 to Amani Supplemental Declaration, # 10 Exhibit 9 to Amani Supplemental Declaration, # 11 Exhibit 10 to Amani Supplemental Declaration, # 12 Exhibit 11 to Amani Supplemental Declaration, # 13 Exhibit 12 to Amani Supplemental Declaration, # 14 Exhibit 13 to Amani Supplemental Declaration, # 15 Exhibit 14 to Amani Supplemental Declaration, # 16 Exhibit 15 to Amani Supplemental Declaration, # 17 Exhibit 16 to Amani Supplemental Declaration, # 18 Exhibit 17 to Amani Supplemental Declaration, # 19 Exhibit 18 to Amani Supplemental Declaration) (Schoenstein, Richard) (Entered: 09/10/2024) |
| 09/12/2024 | 31 | REPLY in Support re 4 Emergency MOTION for Order to Show Cause *for Temporary Restraining Order and Preliminary Injunction* filed by Hercules Pharmaceuticals, Inc.. (Schoenstein, Richard) (Entered: 09/12/2024) |
| 09/12/2024 | 32 | AFFIDAVIT/DECLARATION in Support re 4 Emergency MOTION for Order to Show Cause *for Temporary Restraining Order and Preliminary Injunction – Reply Declaration of Sara M. Amani* filed by Hercules Pharmaceuticals, Inc.. (Schoenstein, Richard) (Entered: 09/12/2024) |
| 09/12/2024 | 33 | REPLY in Opposition re 8 Order to Show Cause,, filed by Brant Cherne. (Felsen, Jamie) (Entered: 09/12/2024) |
| 09/12/2024 | 34 | AFFIDAVIT/DECLARATION in Opposition re 4 Emergency MOTION for Order to Show Cause *for Temporary Restraining Order and Preliminary Injunction* filed by Brant Cherne. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Felsen, Jamie) (Entered: 09/12/2024) |
| 09/12/2024 | 35 | AFFIDAVIT/DECLARATION in Opposition re 4 Emergency MOTION for Order to Show Cause *for Temporary Restraining Order and Preliminary Injunction Isaac Rosen* filed by Brant Cherne. (Felsen, Jamie) (Entered: 09/12/2024) |
| 09/18/2024 | 36 | ORDER RULING ON MOTION FOR PRELIMINARY INJUNCTION granting 4 Motion for Preliminary Injunction; IT IS HEREBY ORDERED that Plaintiff's Motion for a Preliminary Injunction is GRANTED. So Ordered by Judge Joanna Seybert on 9/18/2024. (CV) (Entered: 09/18/2024) |
| 09/23/2024 | 37 | Letter MOTION for Preliminary Injunction *Order* by Hercules Pharmaceuticals, Inc.. (Attachments: # 1 [Proposed] Preliminary Injunction Order) (Schoenstein, Richard) (Entered: 09/23/2024) |
| 09/23/2024 | 38 | ORDER granting 37 Motion for Preliminary Injunction. IS HEREBY ORDERED that: Please See Order For Further Details. IT IS FURTHER ORDERED that the undertaking posted by Plaintiff on August 21, 2024, is sufficient security under Rule 65(c) of the Federal Rules of Civil Procedure. So Ordered by Judge Joanna Seybert on 9/23/2024. (GO) (Entered: 09/23/2024) |
| 09/23/2024 | 39 | Proposed MOTION for Temporary Restraining Order by Brant Cherne. (Attachments: # 1 Memorandum in Support) (Felsen, Jamie) (Entered: 09/23/2024) |

| | | |
|---|---|---|
| 09/24/2024 | 40 | NOTICE OF APPEAL as to 36 Order on Motion for Order to Show Cause, 38 Order on Motion for Preliminary Injunction, by Brant Cherne. Filing fee $ 605, receipt number ANYEDC−18312720. (Felsen, Jamie) (Entered: 09/24/2024) |
| 09/24/2024 | | ELECTRONIC ORDER. Hercules Pharmaceuticals, Inc., ("Plaintiff") is directed to respond to the Motion filed by Brant Cherne ("Defendant") seeking a stay of the September 18, 2024 Preliminary Injunction Ruling (see ECF No. 39 ) on or before September 27, 2024.<br><br>Further, an in−person motion hearing has been set in this matter for October 1, 2024, from 1:00 PM 3:00 PM at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722. Any reply from Defendant will be heard on the record. Ordered by Judge Joanna Seybert on 9/24/2024. (LC) (Entered: 09/24/2024) |